IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDRE M. GALE, :
    Petitioner : No. 1: 12-CV-1315
v. :
: (Judge Rambo)
:
GERALD ROZUM, ET.AL. : (Magistrate Judge Blewitt)
    Respondents :

RESPONDENTS' APPENDIX OF EXHIBITS

TO THE HONORABLE THOMAS M. BLEWITT, UNITED STATES MAGISTRATE JUDGE:

In support of their Motion to Dismiss and/or File a Partial Answer in Opposition to Petition for Writ of Habeas Corpus, Respondents hereby submit this Appendix of Exhibits containing copies of the following documents:

    <u>Exhibit A</u>: The Honorable Richard P. Conaboy's Memorandum and Order, dated July 25, 2006 for Civil Action Number 06-CV-1266.

    <u>Exhibit B</u>: The United States Court of Appeals for the Third Circuit's Order denying Gale's application for a certificate of appealability, dated April 3, 2007.

Exhibit C: Memorandum Opinion and Order from Dauphin County Court of Common Pleas addressing Gale's last PCRA petition, dated June 1, 2012.

Respectfully submitted,

s/Jason E. McMurry, Deputy District Attorney
Dauphin County District Attorney's Office
Dauphin County Courthouse
101 Market Street
Harrisburg, PA  17101
(717) 780-6767
Pennsylvania Supreme Court Number 88751